IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEW ENERGY EQUITY LLC<br>2530 Riva Road, Suite 200<br>Annapolis, MD 21401<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SUNRISE DEVELOPMENT, LLC<br>315 Manitoba Avenue, Suite 200<br>Wayzata, MN 55391<br><br>　　　　　Defendant. | *<br>*<br>*<br>*<br>*<br>*  CIVIL No. 1:19-cv-03325<br>*  Unassigned<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AND DEMAND FOR JURY TRIAL

Comes Now Plaintiff New Energy Equity LLC, by its attorney Kurt D. Karsten, Esq., and pursuant to USCS FRCP 41(a)(1)(A)(i) files this NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE as to the Defendant, SUNRISE DEVELOPMENT, LLC.

Respectfully Submitted

APPROVED THIS 14th DAY OF Feb. 2020

_/s/ George L. Russell_
GEORGE L. RUSSELL, III, U.S.D.J.

_/s/ Kurt Karsten_
Kurt D. Karsten, Esq. Federal Bar #05405

1